AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | Case Number: CR 02-00272DAE 05 |
| ROMY SABALBORO | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2006

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| | Date and Time<br>August 15, 2006 @ 1:30 pm |
| Before: David Alan Ezra, United States District Judge | |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title United States Code, Section(s) .

Brief description of offense:

Order to Show Cause Why Supervised Release Should Not Be Revoked

2006 AUG -7 PM 12:50
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

August 4, 2006
Date

SCANNED

AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 02-00272DAE 05 USA v ROMY SABALBORO

### RETURN OF SERVICE

Service as made by me on:[1]                    Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____                    _____ Mark M. Hanohano
                Date                                                                Name of United States Marshal

                                                                                    _____
                                                                                    (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Romy Sabalboro
3567 Manoa Rd
Honolulu, HI 96822

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) Susan Sabalboro
C. Date of Delivery 8/8/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0002 1810 6874

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To R. Sabalboro  08/07/06  02-00272-5
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

---

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

HONOLULU HI 968
06 AUG 2006 PM 4

• Sender: Please print your name, address, and ZIP+4 in this box

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850
Attn: [signature]

RECEIVED
2006 AUG -9 PM 2:33
U.S. MARSHALS SERVICE
HONOLULU, HI.