# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00272DAE |
| CASE NAME: | USA v. (05)Romy Sabalboro |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (05)David Klein |
| USPO: | Robin DeMello |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 8/15/2006 | TIME: | 10:15am-10:55am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant (05)Romy Sabalboro present, not in custody.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD in abeyance until moved upon.

CONDITIONS MODIFIED AS FOLLOWS:

That the defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

Defendant shall allow the U.S. Probation office to contact his wife.

Order to be prepared by counsel.

Submitted by:  Theresa Lam, Courtroom Manager