EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00272-05 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ROMY SABALBORO     (05) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order to Modifying the Terms of Supervised Release was submitted to Judge David A. Ezra for signature and was served on the following counsel on November 9, 2006:

```
Served by E-mail:

        David F. Klein, Esq.
        dfklein@gmail.com

        Attorney for Defendant
        ROMY SABALBORO


Served by Hand Delivery:

        Attn: Robin DeMello
        U.S. PROBATION OFFICE
        300 Ala Moana Blvd., Rm. 2-215
        Honolulu, Hawaii 96850

        DATED:  Honolulu, Hawaii, November 9, 2006.


                                    /s/ Janice Tsumoto
```