EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00272-05 DAE |
| | ) | |
| Plaintiff, | ) | ORDER MODIFYING THE TERMS |
| | ) | OF SUPERVISED RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| ROMY SABALBORO    (05) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER MODIFYING THE TERMS OF
SUPERVISED RELEASE

WHEREAS, a "Request for Course of Action" was filed on July 14, 2006, by U.S. Probation Officer Lisa K.T. Jicha in which a Modification of Supervised Release Conditions was sought, and;

WHEREAS, the Request for Course of Action alleged two violations of supervised release;

WHEREAS said matter came on for hearing before the Honorable David Alan Ezra on August 17, 2006 with the United States of America represented by Chris A. Thomas, also present was Defendant Romy Sabalboro, and his counsel David F. Klein, and United States Probation Officer Robin DeMello.

WHEREAS the Court having been fully apprised in the premises;

THE COURT HEREBY STATES that it will make no findings as to the violations as alleged in the Request for Course of Action and will hold it in abeyance until moved upon.

HOWEVER, pursuant to 18 U.S.C. §3583(e) and after considering the factors set forth in 18 U.S.C. §3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7), this Court hereby finds that good cause exists and that the terms of supervised release should be modified;

IT IS HEREBY ORDERED that Defendant Sabalboro's conditions of supervised release are modified and that following condition is imposed:

> General Condition: That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory).

DATED: Honolulu, Hawaii, November 9, 2006.



_____
David Alan Ezra
United States District Judge

U.S. v. Romy Sabalboro
Cr. No. 02-00272-05 DAE
"Order Modifying the Terms
of Supervised Release"