AO 442 (Rev. 10/03) Warrant for Arrest   ORIGINAL

## UNITED STATES DISTRICT COURT
### District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00272DAE-05 |
| ROMY SABALBORO | |
| (Name and Address of Defendant) | |

FILED IN THE
US DISTRICT COURT
DISTRICT OF HAWAII

NOV 08 2006

at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ROMY SABALBORO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE - VIOLATIONS OF SUPERVISED RELEASE

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 11/8/06 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL        By: Kevin S. C. Chang, United States Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Queens Medical Center.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-08-2006 | Annabelle K. Bolter Deputy U.S. Marshal | *Annabelle K. Bolter* |
| Date of Arrest | | |
| 11-08-2006 | | |