# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/09/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00272DDAE |
| CASE NAME: | USA v. (05)Romy Sabalboro |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | Alexander Silvert |
| USPO: | Tim Jenkins |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/09/2006 | TIME: | 3:00pm-3:30pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant (05)Romy Sabalboro present in custody.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD IN ABEYANCE until moved upon by the Government.

CONDITIONS MODIFIED AS FOLLOWS:

Defendant shall participate at Po'ailani, Inc. Residential Dual Diagnosis Program and abide by all rules and treatment requirements, until clinically discharged.  Failure to complete the program successfully will constitute a violation of supervised release, unless the defendant is discharged for reasons beyond his control or unrelated to his non-compliance with program requirements.

Defendant remanded to the custody of U.S. Marshals until a bed space is available at Po'ailani.

Submitted by:  Theresa Lam, Courtroom Manager