AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of Hawaii

UNITED STATES OF AMERICA

V.

Romy Sabalboro

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 02-00272DAE(05)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Romy Sabalboro and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2007

at 1 o'clock and 45 min P M
SUE BEITIA, CLERK

in violation of Title  United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | 04/02/2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL       By: David Alan Ezra, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI.

| Date Received 4/2/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 4/4/07 | Arthur Oh / DUSM | |