# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/09/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 02-00272DAE

CASE NAME: USA v. (05)Romy Sabalboro

ATTYS FOR PLA: Chris Thomas

ATTYS FOR DEFT: (05)Alexander Silvert

USPO: Lisa Jicha

JUDGE: David Alan Ezra          REPORTER: Ann Matsumoto

DATE: 04/09/2007                TIME: 11:15am-11:45am

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to violations 1, 2, 3, 5, 6, and 7.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment: 15 MONTHS

Supervised Release: NONE IMPOSED

JUDICIAL RECOMMENDATIONS: Medical Institution at Fortworth, TX or Springfield, MO.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager