AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 12 2007

at __1__ o'clock and __25__ min. __A__ M
SUE BEITIA, CLERK

cc: Pin
USM
SL

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**ROMY SABALBORO**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:   1:02CR00272-005
USM Number:        89575-022
**ALEXANDER SILVERT, FAFPD**
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of condition(s)   Special Condition No. 1; Standard Condition No. 9; General Condition; Standard Condition No. 3; and Special Condition No. 6   of the term of supervision.

[ ]   was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   0587

Defendant's Residence Address:
**HONOLULU, HI 96822**

Defendant's Mailing Address:
**HONOLULU, HI 96822**

APRIL 9, 2007
Date of Imposition of Sentence

Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

APR 12 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:02CR00272-005  
DEFENDANT: ROMY SABALBORO

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Refusing to comply with drug testing | 5/17/2006, 6/7/2006, and 6/27/2006 |
| 2 | Association with an individual engaged in criminal activity | 5/21/2006 |
| 3 | Failure to participate in a substance abuse program | 8/25/2006 |
| 5 | Refusal to comply with drug testing | 10/26/2006 and 11/7/2006 |
| 6 | Failure to follow instructions | 3/19/2007 |
| 7 | Non-Clinical discharge from Po'ailani | 3/19/2007 |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:02CR00272-005          Judgment - Page 3 of 3
DEFENDANT: ROMY SABALBORO

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 15 MONTHS

[✔] The court makes the following recommendations to the Bureau of Prisons:
Medical Institution at Fortworth, TX or Springfield, MO.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                          UNITED STATES MARSHAL

                          By _____
                                               Deputy U.S. Marshal