AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:02CR00272-005   Judgment - Page 3 of 3
DEFENDANT: ROMY SABALBORO

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 15 MONTHS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 4 2007

at __ o'clock and __ min. __
SUE BEITIA, CLERK

[✔]  The court makes the following recommendations to the Bureau of Prisons:
Medical Institution at Fortworth, TX or Springfield, MO

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 02 MAY 2007 to ~~FEDERAL DETENTION CENTER~~
P.O. BOX 30547
~~HONOLULU, HI 96820~~

at _____, with a certified copy of this judgment.

_____
~~UNITED STATES MARSHAL~~
WARDEN

By _____
~~Deputy U.S. Marshal~~